UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civ. No. 3:21-00247-FDW

| | |
|---|---|
| TREVOR DAVIS, | ) |
| | ) |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |

**ORDER**

This matter is before the Court by the United States Court of Appeals for the Fourth Circuit's Order remanding this case to the district court and the parties' joint motion for remand, (Doc. No. 26), under sentence four of 42 U.S.C. §§ 405(g) and 1383(c)(3).

For good cause shown, the Court hereby GRANTS the Joint Motion to Remand, (Doc. No. 26), reverses the Commissioner's decision under sentence four of 42 U.S.C. §§ 405(g) and 1383(c)(3), and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Signed: February 14, 2023

_____
Frank D. Whitney
United States District Judge