# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Trevor Davis**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00247-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security **,** | ) | |
| Defendant(s)**.** | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered Pursuant to Rule 58 in accordance with the Court's February 15, 2023 Order.

February 15, 2023

Frank G. Johns, Clerk
United States District Court