UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| TREVOR DAVIS, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Civ. No. 3:21-00247-FDW |
| v. | ) ) ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

THIS MATTER is before the Court on the "Stipulation for EAJA Fees," (Doc. No. 29), filed by the parties, which the Court hereby construes as a Consent Motion for EAJA Fees. For the reasons stated in the Motion, it is GRANTED.

IT IS THEREFORE ORDERED that Defendant will pay Plaintiff $13,800.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte W. Hall, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

IT IS SO ORDERED.

Signed: March 6, 2023

_____
Frank D. Whitney
United States District Judge